No. 165. O. H. CHRISP *v.* JAMES C. DAVIS, DIRECTOR GENERAL, AS AGENT. Error to the Supreme Court of the State of Arkansas. Submitted January 14, 1925. Decided January 19, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Leslie C. Garnett* and *Mr. J. Merrick Moore* for plaintiff in error. *Mr. A. A. McLaughlin* for defendant in error.

---

No. 186. NICODEMUS B. HURR ET AL., *v.* EVERETT W. DAVIS ET AL. Error to the Supreme Court of the State of Minnesota. Submitted January 15, 1925. Decided January 19, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Robert C. Bell* for plaintiffs in error. No appearance for defendants in error.